IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
ABDULA JACKSON,                  :
                                 :
          Plaintiff,             :
                                 :      Case No. 1:05-CV-504 (PLF)
     v.                          :
                                 :
BETH ANN TELFORD,                :
                                 :
          Defendant.             :
```

**PLAINTIFF'S RULE 16.3(d) REPORT**

Plaintiff through her attorneys, THOMPSON O'DONNELL, LLP, respectfully presents this report pursuant to Local Rule 16.3(d). The numbered items correspond to the numbered items of Rule 16.3(c).

Undersigned counsel certifies that he received a telephone call from the Court's Chambers requesting this Report. Undersigned counsel called counsel for the United States to confer and to seek agreement to this Report. Counsel was out of the office for the day. Undersigned counsel will not be in the office tomorrow, but will attempt to confer with counsel for the United States tomorrow in advance of the status conference.

1. Plaintiff cannot state at this time whether this matter can be resolved by a dispositive motion.

2. The parties should present to the Court a schedule of when an Amended Complaint will be filed, if this matter is not stayed by the Court as requested by Plaintiff. No one has yet entered an appearance on behalf of Defendant Telford. Plaintiff

believes that Defendant Telford has been served.

    3.   Plaintiff cannot state at this time whether the matter should be assigned to a Magistrate Judge.

    4.   Plaintiff believes there is a realistic possibility of settlement.

    5.   Plaintiff believes that ADR will resolve this matter. Plaintiff and Defendant are both employed by the Government Printing Office.  There is a companion disciplinary proceeding against Plaintiff within the Government Printing Office. Plaintiff shall learn soon whether the GPO is willing to participate in an informal mediation process.  Plaintiff is of the view that this matter should be stayed until an appropriate ADR process is completed.  Plaintiff would recommend use of an attorney on the Court's mediation panel.

    6.   Plaintiff cannot state at this time whether the case can be resolved by dispositive motions.

    7.   Plaintiff believes the parties should dispense with initial disclosures.

    8.   Plaintiff cannot state at this time the anticipated length of discovery.

    9.   Plaintiff cannot state at this time whether Rule 26(a)(2) procedures should be modified.

    10.   N/A

    11.   Plaintiff cannot state at this time whether any of

these procedures should be employed.

    12. Plaintiff recommends that a date for a scheduling conference not be set at this time.

    13. Plaintiff recommends that a trial date not be set at this time.

    14. Plaintiff recommends that the Court stay this matter for 30 days.

                          THOMPSON O'DONNELL, LLP

                                //s//
                        J. Michael Hannon #352526
                        1212 New York Avenue, N.W.
                        Suite 1000
                        Washington, D.C. 20005
                        (202) 289-1133

                        Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of Plaintiff's Rule 16.3(d) Report was sent via electronic filing this 20th day of April, 2005 to:

Lisa S. Goldfluss, Esq.
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

                                                     //s//
                                       J. Michael Hannon