UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALICIA HASKELL, | : |
|     Plaintiff, | : |
| v. | :    Civil Action No. 1:06CV00014 |
| | :    Paul L. Friedman, J. |
| JAMES E. LITTLEJOHN, | : |
|     Defendant. | : |

## RULE 16.3 REPORT OF THE PARTIES

The undersigned counsel for James E. Littlejohn is authorized by counsel for Alicia Haskell to present this Joint Report. The designee of the Attorney General of the United States of America has issued a Certification that Defendant James E. Littlejohn was acting within the scope of his employment at the time of the matters alleged in the Complaint. Therefore, the Parties shall soon file a copy of that Certification with the Court, along with a Stipulation of Dismissal of the Complaint with prejudice as to James E. Littlejohn but without prejudice as to the United States of America.

The Parties shall also file a Dismissal Without Prejudice of the Counterclaim of James E. Littlejohn, once a Tolling Agreement has been executed by the Parties.

The Parties anticipate that these documents shall be filed on or before February 3, 2006.

Respectfully submitted,

January 27, 2006

THOMPSON O'DONNELL, LLP

_/s/ Michael Hannon_
J. Michael Hannon, #352526
1212 New York Avenue, N.W.
Suite 1000
Washington, D.C. 20005
(202) 289-1133
(202) 289-0275 Facsimile

*Attorneys for Defendant James E. Littlejohn*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing **RULE 16.3 REPORT OF THE PARTIES** was sent via electronic transmission and via first class mail, postage prepaid, this 27th day of January, 2006, to:

Larry N. Burch, Esq., #444776
Nicholas Phucas, Esq., #475163
The Law Offices of Burch and Burch-Rates, LLC
7829 Belle Point Drive
Greenbelt, MD 20770
(301) 474-4468
(301) 474-7559 Facsimile

*Attorneys for Plaintiff Alicia Haskell*

                                                   _____
                                                   J. Michael Hannon