UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALICIA HASKELL,

    Plaintiff,

v.

JAMES E. LITTLEJOHN,

    Defendant.

: Civil Action No. 1:06CV00014

: Paul L. Friedman, J.

## STIPULATION OF DISMISSAL

In light of the Certification by the United States in this case, a copy of which is filed herewith, Plaintiff Alicia Haskell dismisses her claims against Defendant James E. Littlejohn with prejudice, preserving her claims against the United States.

James E. Littlejohn herewith voluntarily dismisses his counterclaim against Alicia Haskell without prejudice.

As a result, this matter stands dismissed in it entirety.

    Respectfully submitted,

February 3, 2006

THOMPSON O'DONNELL, LLP

_____
J. Michael Hannon, #352526
1212 New York Avenue, N.W.
Suite 1000
Washington, D.C. 20005
(202) 289-1133
(202) 289-0275 Facsimile

*Attorneys for Defendant James E. Littlejohn*

*[signature]*

Larry N. Burch, Esq., #444776
The Law Offices of Burch and Burch-Rates, LLC
7829 Belle Point Drive
Greenbelt, MD 20770
(301) 474-4468
(301) 474-7559 Facsimile

Attorneys for Plaintiff Alicia Haskell

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **STIPULATION OF DISMISSAL** was sent via electronic transmission and via first class mail, postage prepaid, this 3rd day of February, 2006, to

Larry N. Burch, Esq., #444776
The Law Offices of Burch and Burch-Rates, LLC
7829 Belle Point Drive
Greenbelt, MD 20770
(301) 474-4468
(301) 474-7559 Facsimile

*Attorneys for Plaintiff Alicia Haskell*

W. Mark Nebeker
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
10th Floor, Civil Division
Washington, D.C. 20530

*[signature]*
J. Michael Hannon