SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| ALICIA HASKELL ) | C.A. No. 2005 CA 009355 B |
| Plaintiff, ) | |
| ) | Calendar 12 |
| v. ) | |
| ) | Judge John M. Campbell |
| JAMES EDGAR LITTLEJOHN ) | |
| Defendant. ) | |

## CERTIFICATION

I, Phyllis J. Pyles, Director, Torts Branch, Civil Division, United States Department of Justice, acting pursuant to the provisions of 28 U.S.C. § 2679(d)(1), and by virtue of the authority vested in me by the Appendix to 28 C.F.R. § 15.3 (Civil Division Directive No. 90-79), hereby certify that I have read the Complaint in the above-captioned case. On the basis of the information now available with respect to the allegations contained therein, I hereby certify that James Edgar Littlejohn was acting within the scope of his employment as an employee of the United States at the time of the incident out of which the claim arose.

Dated: January 11, 2006

Phyllis J. Pyles
Director, Torts Branch
Civil Division